# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEODEGARIO SALVADOR, | |
| Plaintiff, | Case No. 2:16-cv-00919-APG-GWF |
| vs. | **ORDER** |
| NATIONSTAR MORTGAGE LLC, | |
| Defendant. | |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (ECF No.1 ) in this matter was filed on April 22, 2016. Defendant Nationstar Mortgage, LLC filed its Answer (ECF No. 9 ) on September 27, 2016. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **January 13, 2017** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 3rd day of January, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge