UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEODEGARIO SALVADOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>　　　　Defendant. | Case No. 2:16-cv-00919-APG-GWF<br><br>**ORDER** |

　　Both parties having appeared in this action and answered the complaint and counterclaim,

　　IT IS ORDERED that the clerk's entry of default **(ECF No. 13) is vacated**.

　　IT IS FURTHER ORDERED that plaintiff Leodegario Salvador's motion for entry of clerk's default **(ECF No. 17) is DENIED**.

　　DATED this 1st day of February, 2017.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE