UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LEODEGARIO SALVADOR,<br><br>　　　Plaintiff,<br><br>　v.<br><br>NATIONSTAR MORTGAGE,<br><br>　　　Defendant. | Case No. 2:16-cv-00919-APG-EJY<br><br>**ORDER** |

Pursuant to United States District Judge Andrew P. Gordon's Order, the stay in this case was lifted for all purposes on October 2, 2019. ECF No. 26 at 1:9. Within 60 days of the issuance of Judge Gordon's Order, the parties were required to:

> meet and confer as defined by Local Rule IA 1-3(f) regarding (1) a proposed scheduling order, (2) what discovery needs to be conducted, (3) what viable claims and defenses remain in the case in light of recent decisions from the Supreme Court of Nevada, and (4) the issues the parties intend to raise in any dispositive motion the parties anticipate filing within the next 90 days.

*Id*. at 1:9–14. The parties were also required to file a proposed scheduling order within ten days of their meet-and-confer. *Id*. at 1:17–18. As of today's date, the parties are noncompliant with the Court's Order.

Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a compliant, proposed discovery plan and scheduling order no later than 5 p.m. on January 14, 2020. If no proposed discovery plan and scheduling order is submitted on or before that date and time, the Court shall issue a standard order that may not be subject to extension or amendment.

DATED: January 7, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1